# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 17, 2021

## NO. 03-21-00210-CV

**B. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order terminating parental rights signed by the trial court on April 28, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order terminating parental rights. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.